## MILLS V. GRISWOLD.

Voluntary communications of a party under engagements of secrecy, are to be testified, by a witness except those made to an attorney who is under oath to keep his client's secrets.

ACTION of *assumpsit* upon a promise of marriage. Issue to the jury.

Question — Whether a witness is obliged to disclose upon his oath what the defendant had told him in confidence, and upon a promise to keep it secret.

By the COURT. The distinction is, where the communications are necessary in the course of business, as of a client to his attorney, he may not disclose them, but where the communications are voluntary, as in the present case, his oath obliges the witness to tell the whole truth.